1

2  **IJH LAW**
Ignacio J. Hiraldo
3  Florida Bar No. 56031
(pro hac vice)
4  1200 Brickell Ave
Suite 1950
5  Miami, FL 33131
6  ijhiraldo@ijhlaw.com
7  Telephone: 786.469.4496

8  **THE HARBOR LAW GROUP**
Kira M. Rubel, Esq.
9  Kira@theharborlawgorup.com
10  3615 Harborview Drive, NW, Suite C.
Gig Harbor, WA 98332-2129
11  Telephone: 253-251-2955

12
*Counsel for Plaintiff and Proposed Class*
13

14  **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

15  MARK HUNTSMAN, individually | Case No. 4:21-CV-05005-sad
and on behalf of all others similarly |
16  situated, | **CLASS ACTION**
17  *Plaintiff*, |
18  | HONORABLE STANLEY A.
vs. | BASTIAN, CHIEF DISTRICT
19  | JUDGE
EVERGREEN FREEDOM |
20  FOUNDATION, | **NOTICE OF VOLUNTARY**
| **DISMISSAL**
21  *Defendant*. |

22

23

24

25

26

27

28

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Mark Huntsman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.

All claims of Plaintiff, individually, are hereby dismissed with prejudice. All claims of the putative class members are hereby dismissed **without** prejudice.

Dated: February 15, 2021

Respectfully Submitted,

*/s/ Ignacio Hiraldo*
**IJH LAW**
Ignacio J. Hiraldo
Florida Bar No. 56031
(pro hac vice)
1200 Brickell Ave
Suite 1950
Miami, FL 33131
ijhiraldo@ijhlaw.com
Telephone: 786.469.4496

**THE HARBOR LAW GROUP**
Kira M. Rubel, Esq.
Kira@theharborlawgorup.com
3615 Harborview Drive, NW, Suite C.
Gig Harbor, WA 98332-2129
Telephone: 253-251-2955

*Counsel for Plaintiff*