FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HUNTSMAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>EVERGREEN FREEDOM FOUNDATION,<br><br>   Defendant. | No. 4:21-CV-05005-SAB<br><br>**ORDER DISMISSING CASE** |

  Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 7. Plaintiff states that he is voluntarily dismissing the action and Defendant has not filed a response. Thus, pursuant to Fed. R. Civ. P. 41(a)(2), the Court accepts the notice of dismissal and dismisses this case.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

1       Accordingly, **IT IS HEREBY ORDERED:**

2       1.     All of Plaintiff's individual claims are **DISMISSED with prejudice**. Any claims by putative class members are dismissed **without** prejudice.

      2.     Any pending motions are **DISMISSED as moot**.

      **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

      **DATED** this 9th day of March 2021.



                              Stanley A. Bastian
                            United States District Judge

**ORDER DISMISSING CASE # 2**